**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**No. 99-20277**

**AHSAN AHMAD FARUKI, ET AL.,**

**Plaintiffs,**

**AHMED R. AZEEZ,**

**Plaintiff--Appellant,**

**versus**

**PARSONS S.I.P., INC.,**

**Defendant-Appellee.**

**Appeal from the United States District Court**
**for the Southern District of Mississippi**
**Lower Court No. H-95-CV-998**
March 3, 2000

Before JONES, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM:[*]

Having heard the arguments of counsel and reviewed the briefs and pertinent portions of the record, this court affirms on the basis of the trial court's opinion.

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except for the limited circumstances set forth in 5TH CIR. R. 47.5.4.